Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 14 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
for the
District of
_____ Division

Laurie Bordock
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Animal Control Unit, Morrilton, AR
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 4:23cv857-LPR
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ervin

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Laurie Bordock
Street Address: Best Western, 501 Willow Street
City and County: Searcy, White County
State and Zip Code: Arkansas, 72143
Telephone Number: 501-487-3474
E-mail Address: LaurieBordock@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
  Name: Animal Control Unit - mr. Wes Hardin Head
  Job or Title (if known):
  Street Address: 119 North Division St.
  City and County: Morrilton
  State and Zip Code: AR 72110
  Telephone Number: 501-354-0131
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Violation, Defamation And Libel, Theft of Property

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

They are accusing me of Animal Abuse and have Stolen my 4 Beloved Caty from me since Aug 27th of 2022. They are Destroying my good Name as well on Facebook, I'm told. They have Lied to An Animal Abuse Officer out of Harrisburg who Does not know me or my cats from Adam!!

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

One Million Dollars, plus the Return of my Four Beloved Caty whom I've had for Over 10 years.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 8th, 2023

Signature of Plaintiff: Laurie Bordelock

Printed Name of Plaintiff: Laurie Bordelock

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

2023 AUG 21  A 9:58

PLAINTIFF(S) Laurie Bordeck

v.                              CASE NUMBER

DEFENDANT(S)

Animal Control Unit

## COMPLAINT

1.) Plaintiff(s) name and address(es)  Laurie Bordeck, Best Western Hotel, 501 Willow St, Searcy, AR 72143

2.) Defendant(s) name and address(es)  Animal Control, 119 North Division St. Morrilton, AR 72110

3.) Jurisdiction

4.) Venue

5.) Factual basis for lawsuit  Theft of property, Larceny, Defamation And Libel

6.) Relief sought (including request for jury trial).

1 million dollars plus the Return of my Foster Cats, Newty, Sassy, Sally and C.J.

Signature: Laurie Bordeck
Printed Name  Laurie Bordeck
Printed Address  501 Willow St. Searcy, AR 72143
Telephone Number  501-487-3474
Arkansas Bar Number (if applicable)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

PLAINTIFF(S)

v.                                    CASE NUMBER

DEFENDANT(S)

## COMPLAINT

1.) Plaintiff(s) name and address(es) LAurie Bordwick, Bestwestern Hotel
    501 Willow St
    Searcy, AR 72143

2.) Defendant(s) name and address(es)
    Animal Control Unit, 119 North Division St, Morrilton, AR 72110

3.) Jurisdiction

4.) Venue

5.) Factual basis for lawsuit Theft of Property, Larceny, Defamation, Libel, Civil Rights Violations

6.) Relief sought (including request for jury trial).

1 million dollars plus the return of my four cats, Newtz, Sassy, Sally, and C.J.

_Laurie Bordwick_
Signature
Printed Name Laurie Bordwick
Printed Address 501 Willow St, Searcy, AR 72143
Telephone Number 501-483-3474
Arkansas Bar Number (if applicable)

Bondock, Lori
501 Willow St.
Searcy, AR 72143

CERTIFIED MAIL
7022 3330 0000 0491 4358

U.S. District Court
600 West Capitol Ave.
Little Rock, AR 72201





72201-332999