IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURIE BORDOCK**                                                                                              **PLAINTIFF**

v.                                      Case No. 4:23-cv-00857-LPR

**WES HARDIN, Head of Animal
Control Unit**                                                                                                   **DEFENDANT**

### ORDER

Plaintiff Laurie Bordock filed this action *pro se*.[1] After reviewing Ms. Bordock's Complaint, the Court issued an Order on January 31, 2024, explaining that the Complaint was deficient for failure to state a claim.[2] The Court gave Ms. Bordock 30 days to file an Amended Complaint and warned her that the failure to do so would result in the dismissal of her case.[3] Ms. Bordock has not filed an Amended Complaint that complies with the Court's Order, and the time for doing so has expired.

Accordingly, for the reasons stated in the Court's January 31, 2024 Order, Ms. Bordock's Complaint (Doc. 2) is hereby DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order, the January 31, 2024 Order, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 13).

[3] *Id*. at 2.